**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

UNITED STATES OF AMERICA,       :
        :
v.        :      CASE NO.: 1:24-CR-00009 (WLS-ALS)
        :
JORDAN C. ALPHONSUS, *et al.*,       :
        :
    Defendants.       :
        :

## ORDER

The Court held a hearing in the above-captioned matter on April 22, 2026. While initially scheduled as a restitution hearing (Doc. 209), the Government indicated that a prerequisite hearing (Doc. 210) was necessary to determine the total intended loss amount of the conspiracy so that amount may later be used to calculate the total offense level for sentencing and restitution amounts and the Court changed the nature and scope of the hearing accordingly. (Doc. 220). This Order memorializes that hearing.

First, the Government presented evidence in the form of witness testimony and spreadsheets summarizing that witness's findings. Each Defendant had the opportunity to cross-examine the Government's witness and did so. The Court asked each defendant if they had evidence as to the issue of total intended or actual loss amount that they would like to present. Each defendant stated they did not.

Next, the Government presented argument as to the total intended loss amount. Each defendant presented argument on the total intended loss amount and how much of that total amount may be fairly attributable to each defendant. During these arguments, Counsel for Defendant Joey Jackson referred generally to the record evidence presented at trial to support the claim that the intended loss value should be lesser for certain defendants. Because of the uncertainty created by generally referencing the trial record, Parties wishing to rely on record evidence from trial are **ORDERED** to submit briefing containing these arguments supported by specific citations to record evidence. Counsel for Defendant Sadaria Copelin requested the opportunity to brief the Court on whether restitution may be determined according to equitable principles or some other individualized, case-by-case basis. As such, the Court will allow Parties to submit separate briefing on this subject.

Finally, the Court **ORDERED** Parties confer with one another, USPO, and the Court Reporter to determine a briefing schedule for the previously mentioned briefs as well as the final sentencing and restitution hearings. Parties should jointly[1] submit a proposed briefing and hearing schedule to the Court by no later than **Wednesday, May 6, 2026**.

**SO ORDERED**, this 23rd day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] For the purposes of this Order, jointly means the Government, Defendants Copelin, J. Jackson, Y. Jackson, and Riddle and the United States Probation Office.