**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:24-CR-00009-WLS-ALS-2 |
| JOEY ARMOUR JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

To determine whether Defendant Joey Armour Jackson wishes to be present at sentencing, Jackson and counsel for the Government are **ORDERED** to appear before Judge Sands at the Albany Courthouse on **October 14, 2026, at 10:45 AM**.

**SO ORDERED**, this 14th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**